

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 9, 2023

**REQUEST GRANTED.**
**The Court excludes time until February 23, 2023 under 18 USC 3161(h)(7)(A) upon a finding that the ends of justice outweigh the interests of the defendant and the public in a speedy trial.**
1/10/2023   SO ORDERED.
LEWIS J. LIMAN
United States District Judge

**BY ECF AND E-MAIL**

The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Thomas Disla*, 22 Cr. 429 (LJL)

Dear Judge Liman:

The Government writes with respect to the February 23, 2023, hearing in the above-captioned matter. On December 23, 2022, the Court adjourned the previously scheduled hearing to February 23, 2023, but did not exclude time through that date, pursuant to 18 U.S.C. § 3161(h)(7). (Dkt. 15). The Government submits that the interests of justice served by such an exclusion outweigh the public and the defendant's interest in a speedy trial because an exclusion will allow the parties to prepare for the hearing and will allow the parties to engage in pretrial resolution negotiations. The defendant consents to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____
Adam Sowlati
Assistant United States Attorney
(212) 637-2438

CC:  Neil Kelly (by ECF and E-Mail)