**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

August 28, 2023

<u>Via ECF</u>

The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> REQUEST GRANTED.
> An Amended Judgment will be entered on the docket with the corrected offense ended date.
>
> 8/28/2023   SO ORDERED.
> LEWIS J. LIMAN
> United States District Judge

Re:  <u>United States v. Thomas Disla</u>
     22 Cr. 429 (LJL)

Dear Judge Liman,

We write pursuant to Federal Rule of Criminal Procedure 36, and with the consent of the Government, to respectfully request correction of a clerical error in the judgment order in the above-captioned matter. (*See* Doc. 30.) The recently-entered judgment order states that the underlying offense conduct for which Mr. Disla was sentenced ended on July 27, 2022, the date of his federal arrest. As discussed at sentencing, Mr. Disla was originally arrested by the New York City Police Department on June 4, 2022 and detained from that date until his federal arrest in this case. Accordingly, we respectfully request that page 1 of the judgment order be corrected to reflect that the "offense ended" on June 4, 2022.

We stand ready to provide any additional information that the Court might need regarding this request.

Respectfully submitted,

/s/

Neil P. Kelly
Assistant Federal Defender
(212) 417-8744

cc:   AUSA Adam Sowlati